
# United States Court of Appeals
### For The District of Columbia Circuit

---

| | |
|---|---|
| **No. 25-5099** | **September Term, 2025** |
| | 1:25-cv-00286-RCL |
| | 1:25-cv-00401-RCL |
| | 1:25-cv-00653-RCL |
| | **Filed On:** September 10, 2025 |

Jane Doe, et al.,

    Plaintiffs-Appellees

    v.

Pamela Bondi, in her official capacity as
Attorney General of the United States and
William K. Marshall, III, in his official capacity
as Director of the Federal Bureau of Prisons,

    Defendants--Appellants

------------------------------

Consolidated with 25-5101, 25-5108,
25-5210, 25-5213, 25-5215, 25-5304,
25-5305, 25-5306

    **BEFORE:**    Srinivasan, Chief Judge; Pillard, Circuit Judge; and Randolph, Senior Circuit Judge

## O R D E R

    It is **ORDERED**, on the court's own motion, that the parties file simultaneous, supplemental briefs addressing the following questions. First, the parties should address whether, under 18 U.S.C. § 3626(a)(2), the district court had power to renew its preliminary injunctions issued on February 18, 2025, February 24, 2025, and March 19, 2025, in 25-cv-286 (RCL); February 24, 2025, and March 3, 2025, in 25-cv-401 (RCL); and March 10, 2025, in 25-cv-653 (RCL). *See Georgia Advoc. Off. v. Jackson*, 4 F.4th 1200, 1211-15 (11th Cir. 2021), *vacated*, 33 F.4th 1325 (11th Cir. 2022); *Mayweathers v. Newland*, 258 F.3d 930, 936 (9th Cir. 2001). Second, the parties should address whether, and if so how, the answer to the first question affects this court's jurisdiction over this appeal. The parties' supplemental briefs, not to exceed 3,900 words, are due 14 days from the date of this order. Supplemental reply briefs, not to exceed 1,950 words, may be filed 7 days thereafter.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk